UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
v. ) CR NO: 2:13-MJ-00159-CKD
MY SE LO )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **MY SE LO**

Detained at (custodian): **PLACER COUNTY JAIL**

Detainee is: a.) ☒ charged in this district by:
☐ Indictment  ☐ Information  ☒ Complaint
Charging Detainee With: **18 U.S.C. § 1344 (2); 18 U.S.C. § 1028A; 18 U.S.C. § 1014; and 18 U.S.C. § 1708**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 16, 2013 at 2:00 P.M. in the Eastern District of California.*

Signature: _[signature]_
Printed Name & Phone No: **Michelle Rodriguez (916) 554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 16, 2013 at 2:00 P.M.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5/15/2013
Date _____ United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____  Male ☐  Female ☒
Booking or CII #: 26261847  DOB: 01/27/1985
Facility Address: 2775 RICHARDSON DRIVE  Race: Asian
AUBURN, CA  FBI #: _____
Facility Phone: (530) 745-8500
Currently Incarcerated For: PC 182 (a) (1); PC 496; PC 466

---
### RETURN OF SERVICE

Executed on _____ by _____
(Signature)